JOSEPH HOFFECKER v. JOHN EATON Jr. for the use of JOHN
    H. BEWLEY.

To sustain a judgment rendered by a Justice of the Peace, it must appear
    from the record that the Justice heard the case, and that the judgment
    was rendered on his hearing of it; also that he heard the allegations and
    proof of the parties.

CERTIORARI.  The record sent up showed the appear-
ance of the parties, the issue of subpoena for witnesses
for defendant, several adjournments of the case at the in-
stance of both parties to enable them to procure witnesses
and concluded as follows; And now, to wit, April 8th
1857, the parties met and effected no settlement of their

accounts, the witness, James Enos, having appeared with-
out his book, whereupon the plaintiff demanded judg-
ment, and judgment is hereby given for the plaintiff
against the defendant for twenty-one dollars &c.

The exceptions were, *first*, that it did not appear from
the record that there was any hearing of the case by and
before the Justice on which the judgment was rendered,
and, *secondly*, that it was rendered without hearing the
allegations and proofs of either party.

*The Court* reversed the judgment.